UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ISAAC PHILLIPS, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-13-02935 |
| | § | |
| HOUSTON I.S.D., *et al.*, | § | |
|     *Defendants*. | § | |

## FINAL JUDGMENT

It is **ORDERED, ADJUDGED, & DECREED** that plaintiff Isaac Phillips's ("Phillips") claims against defendants Houston Independent School District, Anna Eastman, Terry Grier, Ronald Mumphrey, and Marla McNeal-Sheppard (the "HISD defendants") are **DISMISSED WITH PREJUDICE**. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in the entry of final judgment of Phillips's claims against the HISD defendants until final determination of all of the issues involved in the related state court proceeding, *Isaac Phillips v. Houston Independent School District, et al.*; Cause No. 2012-64152; In the 129th Judicial District Court for Harris County, Texas. **JUDGMENT** is rendered in favor of the HISD defendants as to Phillips's claims against them. This judgment is immediately appealable.

    This is a **FINAL JUDGMENT**.

    Signed at Houston, Texas on December 17, 2013.

_____
Gray H. Miller
United States District Judge